AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

FILED by _____ D.C.

JUL 24 2013

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| HJALMAR TOWNS, | ) | Case No. 13-8343-JMH |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 23, 2013__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC Sections 1951(a) and (b) and 2 | Attempt to commit Hobbs Act robbery |
| 18 USC Section 924(c) | Use of firearm during violent crime |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

*I find probable cause*

Sworn to before me and signed in my presence.

Date: 7-24-13

City and state: West Palm Beach, FL

_____
Complainant's signature

John J. MacVeigh, IV, Special Agent FBI
*Printed name and title*

_____
Judge's signature

James M. Hopkins, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, ~~Scott Wilson~~ John MacVruol Jr, being duly sworn, do depose and state as follows:

1. I am employed as a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed since ~~November 3, 2002~~ October 1996 Jr. I am currently assigned to the Palm Beach County, Florida, resident agency of the FBI. During my tenure with the FBI, I have conducted many investigations dealing with Hobbs Act robberies, bank robberies, the illegal use and possession of firearms, and other violent crimes, such as violations of Title 18, United States Code, §§ 1951 and 924.

2. This affidavit is made in support of a criminal complaint against HJALMAR NATHANIEL TOWNS charging him with attempted Hobbs Act robbery, in violation of Title 18, United States Code, §§ 1951 and 2, and for using and possessing a firearm during the commission of a violent federal crime, in violation of Title 18, United States Code §924(c). The affidavit contains only those facts needed to support the issuance of a criminal complaint. This affidavit does not contain all the facts known to your affiant about this investigation.

3. On July 23, 2013, two employees for Garda Cash Logistics were traveling in a Garda armored vehicle in the performance of their duties. Garda Cash Logistics is a business headquartered in Boca Raton, Florida. Garda Cash Logistics does business in interstate commerce. It collects, transports and distributes money and provides other services to businesses like banks that also engage in interstate commerce. The Garda vehicle was carrying a large amount of cash for various Federally Insured Deposit Corporations (FDIC) banks, including the Bank of America.

4. One Garda employee was driving the vehicle and the other employee was in the rear of the vehicle as the "messenger". The messenger is the employee who usually exits the vehicle to

make deliveries or service automatic teller machines (ATMs), while the driver waits. On July 23, 2013, the Garda employees arrived at Chase Bank, 2959 North Military Trail, West Palm Beach, in the Southern District of Florida shortly before 7:00 a.m. for the first stop of the day. While the messenger was servicing the drive-thru ATM, he observed what he described as a navy blue 2000 to 2002 Chevrolet Monte Carlo with tinted windows, parked approximately 20 feet to the rear of the armored vehicle. The car was not parked in a parking space, which caused the messenger to believe it was a bank customer waiting to use the ATM.

5. On their third stop, the Garda employees arrived at Bank of America, located at 6830 Okeechobee Boulevard, West Palm Beach, Florida, at approximately 7:41 a.m. The messenger exited the armored vehicle and serviced the drive-thru ATM. The messenger walked back to the Garda vehicle with the ATM money cassettes and placed them in the Garda vehicle. As he attempted to enter the side door of the Garda vehicle, the messenger heard footsteps running toward him. As he turned around, he observed an individual wearing black pants, a long sleeved dark shirt, and a black and red ski mask. The individual was carrying an assault type rifle, which the messenger believed was possibly an AR15. The messenger quickly entered the armored vehicle and closed the door. As he did, he heard two gunshots. The driver of the armored vehicle fled the area toward the front of the bank, then drove through the parking lot towards Jog Road. The Garda employees observed the same dark blue Monte Carlo from their earlier stop, turn in front of them in the parking lot. The vehicle was traveling at a high rate of speed and veering back and forth. The Monte Carlo turned left in the parking lot towards Publix. The armored vehicle then turned North on Jog Road, at which time, the Garda employees lost sight of the Monte Carlo. The Garda

employees then called 911 to report what they had seen. The Palm Beach County Sheriff's Office's (PBSO) Computer Assisted Dispatch (CAD) logged the 911 call at 7:52 a.m.

6. Following the 911 call, a "Be On The Lookout" (BOLO) was issued for a dark blue Chevrolet Monte Carlo relating to the attempted armored car robbery. Shortly thereafter, a PBSO deputy observed a blue Monte Carlo matching the BOLO description traveling south on Haverhill Road near Southern Boulevard in West Palm Beach, Florida. The deputy followed the vehicle, which turned left on Springfield Drive. It pulled into the driveway at a single family residence located at 4765 Springfield Drive, West Palm Beach, Florida. The deputy passed the vehicle. It appeared to be occupied by one individual. The deputy returned to the residence after turning around and passed the vehicle again. The deputy attempted to read the license plate of the Monte Carlo but the ends of the plate were bent obscuring the numbers, so that the license plate could not be read. He then took up surveillance on the vehicle while he waited for backup. When other deputies arrived, they approached the vehicle. No one had exited the vehicle between the time that the deputy had called for backup and the time that backup arrived. As the deputies approached, the driver exited the vehicle and attempted the jump over the fence at the residence. The deputies ordered the individual to the ground. The deputies detained him. A PBSO sergeant asked the individual where he was coming from and he responded, in substance, "Okeechobee and Jog." The occupant/driver was identified as HJALMAR NATHANIEL TOWNS.

7. The deputies looked in the open door of the Monte Carlo and observed a black assault rifle, black gloves and a dark long sleeve shirt on the front passenger seat of the vehicle. TOWNS' vehicle, which matched the description of the vehicle used in the robbery, is a 2003 Chevrolet Monte Carlo, bearing Florida license plate "965-TLR", vehicle identification

number: 2G1WW12E039237016. The driveway that TOWNS parked in belonged to Daniel Fleming, who was later discovered to be TOWNS' stepfather. The PBSO CAD system logged that the deputies approached the vehicle at 8:04 a.m., which was less than fifteen (15) minutes from the time of the 911 call placed by the Garda employees.

8. Both Garda employees independently observed the vehicle that was stopped on Springfield Drive. The messenger positively identified the vehicle as the one he observed at his first stop of the day at Chase Bank and again at his third stop of the day at Bank of America. He identified the vehicle as the one he saw speeding in the shopping center parking lot after the attempted robbery. The Garda driver also positively identified the vehicle as the same vehicle he saw speeding after the robbery.

9. Prior to the robbery, a witness was traveling in the shopping center parking lot between the Wendy's Restaurant and the Bank of America. She observed a dark blue older model vehicle parked at the bank. This witness states that she observed an individual exit the passenger side of the blue vehicle dressed in black pants, long black sleeved shirt and black gloves. She believed there was a black cover concealing the individual's face and a red bandana on the individual's head. She believed the individual was carrying a long gun and was running towards a truck. The witness, who did not have a cellular telephone, drove to a nearby Home Depot and asked an employee to call 911. The witness looked toward the bank again and observed the blue vehicle traveling through the parking lot toward Jog Road.

10. The PBSO crime scene investigators (CSI) conducted a search of the area near the Bank of America ATM where the Garda truck was parked when the attempted robbery took place. The CSI investigator discovered two spent .22 caliber rounds in the parking lot near where the vehicle stopped to service the ATM at the Bank of America. The .22 caliber rounds are

consistent with the firearm seen on the front passenger seat of TOWNS' vehicle.

11. Based on the above facts and information set forth in this affidavit, your affiant believes there is probable cause to believe that HJALMAR NATHANIEL TOWNS violated Title 18, United States Code, Sections 1951(a) and (b) and 2, by knowingly and willfully obstructing, delaying, and affecting interstate commerce and the movement of articles and commodities in commerce, by attempted robbery, and violated Title 18, United States Code, Section 924(c) by using or carrying a firearm during and in relation to a crime of violence.

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
John J. MacVeigh, IV
Special Agent,
Federal Bureau of Investigation

Subscribed and sworn to before me
this 2⁴ day of July, 2013.

_____
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. _____13-8343-JMH_____

UNITED STATES OF AMERICA

vs.

HJALMAR TOWNS,

        **Defendant.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes   __x__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes   __x__ No

        Respectfully submitted,

        WIFREDO A. FERRER
        UNITED STATES ATTORNEY

BY:    _/s/ Aurora Fagan_____
        AURORA FAGAN
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No.188591
        500 S. Australian Ave, Ste. 400
        West Palm Beach, FL 33401
        TEL (561) 820-8711
        FAX (561) 802-1787

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 13-8343-JMH

### BOND RECOMMENDATION

DEFENDANT: Hjalmar Towns

PTD
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA:   Aurora Fagan

Last Known Address:

What Facility:

Agent(s):   S/A Scott Wilson, FBI
(FBI)   (SECRET SERVICE)   (DEA)   (IRS)   (ICE)   (**OTHER**)